UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHINA NISBETH,

                Plaintiff,

       v.

MCCARTHY BURGESS & WOLFF,

                Defendant.

No. 24-CV-3341 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       On May 3, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan to the Court no later than June 21, 2024. *See* Dkt. 6. To date, no letter or case management plan has been filed. The initial status conference scheduled for June 28, 2024 is thus hereby adjourned to July 26, 2024 at 12:00 p.m. (Dial-in Number: (888) 363-4749; Access Code: 1015508#). The parties shall submit their joint letter and proposed case management plan no later than July 19, 2024. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 27, 2024
           New York, New York

                                      Hon. Ronnie Abrams
                                      United States District Judge